**2003–0948.   State ex rel. Resnick v. Cleveland.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Resnick, J., not participating.

On motion for leave to amend petition caption instanter. Motion denied as moot.

Resnick, J., not participating.